KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| Jennifer L. Dimas,<br><br>            Plaintiff,<br><br>   v.<br><br>Equifax Information Services, LLC;<br>TransUnion, LLC; Experian Information<br>Solutions, Inc.,<br>            Defendants. | CASE NO. 3:26-cv-233-SI<br><br><br>**NOTICE OF INTENT TO SETTLE WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.** |

**PLEASE TAKE NOTICE THAT** Plaintiff Jennifer L. Dimas and Defendant Equifax Information Services, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Equifax Information Services, LLC within 90 days once the settlement is finalized.

**SCHUMACHER LANE PLLC**

Dated: August 13, 2026

*/s/ Kyle Schumacher*
Kyle Schumacher
Attorneys for Plaintiff